**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1475

BRAD R. JOHNSON,

Plaintiff - Appellant,

versus

SALLIE MAE SERVICING, LP; CHRISTINE DONNELLY;
MARK E. SHURE; A. ABLE; B. BAKER; C. CHARLIE;
SHELLEY M. TURNER,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Thomas E. Rogers, III, Magistrate
Judge.   (4:03-cv-03857-TER)

Submitted:  November 21, 2007      Decided:  December 20, 2007

Before TRAXLER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stuart M. Axelrod, AXELROD & ASSOCIATES, P.A., Myrtle Beach, South
Carolina, for Appellant.   James D. Cooper, Jr., COOPER, COFFAS,
MOORE & GRAY, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brad R. Johnson appeals a magistrate judge's order and judgment granting summary judgment to the Defendants and dismissing his complaint arising out of the revisions to a student loan repayment plan.[*]  We have reviewed the record and the magistrate judge's order and affirm for the reasons cited by the magistrate judge.  <u>Johnson v. Sallie Mae Servicing, LP</u>, No. 4:03-cv-03857-TER (D.S.C. filed Mar. 28, 2007; entered Mar. 29, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (2000).

- 2 -